D. L. MOOREHEAD v. STATE.

No. A-409.    Opinion Filed February 6, 1911.

Appeal from Ellis County Court; A. E. Williams, Judge.

Plaintiff in error was convicted in the county court of Ellis county, on a charge of disturbing the public peace, and he appeals. Affirmed.

Charles Swindall, for plaintiff in error.

PER CURIAM.    Having carefully examined the record in this cause, we believe that the judgment should be affirmed, and it is so ordered.

---

W. H. SHAWLER v. STATE.

No. A-451.    Opinion Filed February 6, 1911.

Appeal from Tillman County; T. E. Campbell, County Judge.

Appellant was convicted for permitting gambling in a room controlled by him.

PER CURIAM.    Neither the case-made nor the transcript of the record are signed or certified to by the county judge of Tillman county or by the clerk of said court.    We must therefore dismiss this appeal, with directions to the county court of Tillman county to proceed with the execution of the judgment.

---

A. P. BROWN v. STATE.

No. A-211.    Opinion Filed February 6, 1911.

Appeal from Bryan County Court.

PER CURIAM.    Appellant was convicted for a violation of the prohibition law and sentenced to imprisonment in the county jail of Bryan county for a period of 30 days and was fined $100.    Appellant has applied to the Governor for a parole.    This operates as an abandonment of the appeal.    The appeal is therefore dismissed.